STATE OF NEW JERSEY v. ALEX MARTENCO.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS SHELTON.

June 3, 1986.

Petition for certification denied.

ZADAR CONSTRUCTION & WOODWORKING, INC., ETC.
v. CHARTER WOODWORKING CORP., ETC., ET AL.

CHARTER WOODWORKING CORP., ETC., ET AL. v.
MILE MRKIC, ET AL.

June 3, 1986.

Petition for certification denied.